UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LIUBIN HAO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:26-cv-00453-TWP-MKK |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY & | ) |
| IMMIGRATION CUSTOMS AND | ) |
| ENFORCEMENT, | ) |
| KRISTI NOEM, | ) |
| SAMUEL OLSEN, | ) |
| | ) |
| Respondents. | ) |

## ORDER VACATING INTRADISTRICT TRANSFER AND DIRECTING PETITIONER TO FILE AMENDED PETITION

Liubin Hao ("Hao") filed a petition for a writ of habeas corpus on March 9, 2026, in the Indianapolis Division. (Dkt. 1). The case was transferred to the Terre Haute Division on March 10, 2026, based on an erroneous finding that Mr. Hao was physically present in the Clay County Jail at the time his petition was filed. (Dkt. 7). Mr. Hao correctly filed his petition in the Indianapolis Division. Accordingly, the Order (for intradistrict transfer), Dkt. [7], is **VACATED**. The **Clerk is directed to reopen** this case and docket a copy of this order in Case No. 2:26-cv-00159-MPB-MJD.

The petition states that Hao is being held in the Clinton County Jail, but Hao does not name Clinton County Sheriff Richard Kelly as a respondent. *See Kholyavskiy v. Achim*, 443 F.3d 946, 953-54 (7th Cir. 2006) (affirming dismissal of habeas petition where petitioner did not name immediate custodian as respondent). Hao will have **through March 17, 2026**, to file an amended petition naming his immediate custodian.

The Court will issue additional orders once the amended petition has been filed.

**IT IS SO ORDERED.**

Date: 3/10/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Jincheng Zhi
immigration@oikosnow.com